JUDGE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>           Plaintiff,                         )<br>                                                          )<br>           vs.                                      )<br>                                                          )<br>ZACHARY BECK,                          )<br>                                                          )<br>           Defendant.                     )<br>_____) | NO.  CR10-5553RJB<br><br>ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Motion for Withdrawal and for Substitution of Counsel,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendixes thereto be sealed.

DONE this 12th day of November, 2010.

*[signature]*
Robert J Bryan
United States District Judge

Presented by:

/s/ *Colin Fieman*
Colin Fieman
Attorney for Defendant