JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR10-5553RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| ZACHARY BECK, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Ex-Parte, Sealed Affidavit of Counsel.

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Colin Fieman, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 12th day of November, 2010.

_____
Robert J Bryan
United States District Judge

Presented by:
/s/   Colin Fieman
Colin Fieman
Attorney for Defendant

**FEDERAL PUBLIC DEFENDER**
1331 Broadway , Suite 400
Tacoma, Washington  98402
(253) 593-6710