UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, <br><br> Plaintiff, <br><br> vs. <br><br> ZACHARY BECK, <br><br> Defendant. | NO. CR10-5553RJB <br><br> ORDER TO SEAL |

Having read the Declaration of Counsel in Support of Motion to Withdrawal in the above-mentioned case, which was filed under seal, and the Motion to Seal requesting that the Declaration of Counsel in Support of Motion to Withdrawal be allowed to remain under seal,

It is hereby ORDERED that the Declaration of Counsel in Support of Motion to Withdrawal in this matter shall remain sealed.

DATED this 3rd day of December 2010.

*[signature]*

Judge Robert J. Bryan
United States District Judge

Presented by:
/s/ Roger A. Hunko
ROGER A. HUNKO
Attorney for Zachary Beck

Proposed Order to Seal…1