IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  v.<br><br>ZACHARY BECK,<br><br>                    Defendant. | No. CR10-5553RJB<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Upon motion of counsel, Roger A. Hunko, for withdrawal and substitution of counsel of record and the supporting declaration of Roger A. Hunko filed herein, the Court hereby

ORDERS that Roger A. Hunko is hereby allowed to withdraw as counsel for the defendant; and it is further

ORDERED that the CJA office shall appoint new counsel for Mr. Beck immediately.

DATED this 3rd day of December, 2010.

*[signature]*

ROBERT J. BRYAN
United States District Judge