Honorable Robert J. Bryan

**10-CR-05553-ORD**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR10-05553RJB |
| v. | ~~(PROPOSED)~~ |
| ZACHARY BECK, | ORDER AUTHORIZING RULE 15 DEPOSITION |
| Defendant. | |

THIS MATTER comes before the Court upon motion by the government for authorization to take the deposition of D.Z., a witness in the above entitled matter. The Court finds that a deposition is appropriate because of exceptional circumstances and in the interest of justice, pursuant to Fed. R. Crim. P. 15.

IT IS HEREBY ORDERED that the parties shall schedule the video deposition of witness D.Z. at a time and place agreed to by *both parties*. ~~the United States.~~

DATED this _11_ day of _March_, 2011.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

_s/Bruce F. Miyake_
BRUCE F. MIYAKE
Assistant United States Attorney

Order Authorizing Rule 15 Deposition - Page 1
Beck/CR10-05553RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970