IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>ZACHARY BECK, 　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendant. )<br>_____) | NO. CR10-5553RJB<br><br>**ORDER** |

This matter comes before the Court on the United States' Motion for an Order for the Defendant to Submit to a Psychological Evaluation. The Court, having considered the motion, and finding it meritorious, NOW THEREFORE ORDERS, that the United States' Motion is GRANTED. The Defendant is hereby ORDERED to submit to a psychological evaluation by a psychologist retained by the United States at such a time as the psychologist is prepared to conduct the evaluation and for as long as necessary for the psychologist to complete the evaluation.

DATED this 28th day of April, 2011.

　　　　　　　　　　　　　　　　　　/s/ Robert J Bryan
　　　　　　　　　　　　　　　　　　Robert J Bryan
Presented by:　　　　　　　　　　　United States District Judge

*s/ Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney