UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZACHARY BECK, <br><br> Defendant. | CASE NO. CR10-5553RJB <br><br> ORDER DENYING DEFENDANT'S MOTION FOR ALL DISCOVERY, GRAND JURY TRANSCRIPTS AND SUBPOENED DOCUMENTS FROM ATTORNEY OF RECORD |

This matter comes before the court on the above-referenced motion (Dkt. 253) made by the defendant in the case, without the assistance of counsel. Mr. Beck is again reminded of Western District of Washington Local General Rule 2(g)(1), and that he cannot properly make motions to the court on his own behalf without counsel.

It is further noted by the court that it is inappropriate for the court to direct counsel in how to practice law or to referee relationships between attorney and client.

For those reasons, the motion (Dkt. 253) is DENIED.

ORDER DENYING DEFENDANT'S MOTION FOR ALL DISCOVERY, GRAND JURY TRANSCRIPTS AND SUBPOENED DOCUMENTS FROM ATTORNEY OF RECORD- 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 22nd day of June, 2011.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge