# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>ZACHARY BECK,<br><br>          Defendant. | CASE NO. CR10-5553RJB<br><br>ORDER DENYING MOTION TO WITHDRAW ATTORNEY OF RECORD |

This matter comes before the court on the above-referenced motion (Dkt. 255). The court is familiar with the records and files herein and the events of the trial and other courtroom appearances. This motion should be denied for the following reasons:

1) Insofar as it is an attack on the court's judgment, the defendant cannot make such a motion *pro se*. Western District of Washington Local General Rule 2(g)(1).

2) Many of the listed reasons for Mr. Beck's motion are frivolous on their face.

3) Ms. Olson is Mr. Beck's fourth lawyer in this case. If she was discharged from the case, Mr. Beck would be left without counsel for the sentencing portion of the case, which would not be to his benefit.

4) Ms. Olson is attempting to secure funding to make additional copies of some documents for Mr. Beck.

5) Mr. Beck's reasons stated in his motion do not justify the discharge of Ms. Olson by the court.

For those reasons, defendant's Motion to Withdraw Attorney of Record is hereby DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of July, 2011.

ROBERT J. BRYAN
United States District Judge